### COUNT XIII-NEGLIGENCE
### JOHN F. HAYES, INDIVIDUALLY AND AS PRESIDENT OF MNOP CORPORATION

69.

Plaintiff restates, repeats, and incorporates by reference those allegations contained in paragraphs one (1) through forty-four (44), paragraphs forty-five (45) through forty-six (46) of Count I, and paragraphs forty-seven (47) through forty-eight (48) of Count II, paragraphs forty-nine (49) through fifty (50) of Count III, paragraphs fifty-one (51) through fifty-two (52) of Count IV, paragraphs fifty-three (53) through fifty- four (54) of Count V, and paragraphs fifty-five (55) through fifty-six (56) of Count VI, paragraphs fifty-seven (57) through fifty-eight (58) of Count VII, and paragraphs fifty-nine (59) through sixty (60) of Count VIII, paragraphs sixty-one (61) through sixty-two (62) of Count IX, paragraphs sixty-three (63) through sixty-four (64) of Count X, paragraphs sixty-five (65) through sixty-six (66) of Count XI, and paragraphs sixty-seven (67) through sixty-eight (68) of Count XII, as if fully set forth in their entirety.

70.

This is a claim for negligence in the design and planning of the Flagship Wharf Condominiums, which resulted in injuries to the plaintiff.

21

### COUNT XIV-BREACH OF WARRANTIES
### JOHN F. HAYES, INDIVIDUALLY AND AS
### PRESIDENT OF MNOP CORPORATION

71.

Plaintiff restates, repeats, and incorporates by reference those allegations contained in paragraphs one (1) through forty-four (44), paragraphs forty-five (45) through forty-six (46) of Count I, and paragraphs forty-seven (47) through forty-eight (48) of Count II, paragraphs forty-nine (49) through fifty (50) of Count III, paragraphs fifty-one (51) through fifty-two (52) of Count IV, paragraphs fifty-three (53) through fifty- four (54) of Count V, and paragraphs fifty-five (55) through fifty-six (56) of Count VI, paragraphs fifty-seven (57) through fifty-eight (58) of Count VII, and paragraphs fifty-nine (59) through sixty (60) of Count VIII, paragraphs sixty-one (61) through sixty-two (62) of Count IX, and paragraphs sixty-three (63) through sixty-four (64) of Count X, paragraphs sixty-five (65) through sixty-six (66) of Count XI, paragraphs sixty-seven (67) through sixty-eight (68) of Count XII, paragraphs sixty-nine (69) through seventy (70) of Count XIII, and paragraphs seventy-one (71) through seventy-two (72) of Count XIV, as if fully set forth in their entirety.

72.

This is a claim for breach of warranties against defendant, John F. Hayes, Individually and as president of MNOP Corporation, which resulted in injuries to the plaintiff.

### COUNT XV-CHAPTER 93A CLAIM
### JOHN F. HAYES, INDIVIDUALLY AND AS
### PRESIDENT OF MNOP CORPORATION

73.

Plaintiff restates, repeats, and incorporates by reference those allegations contained in paragraphs one (1) through forty-four (44), paragraphs forty-five (45) through forty-six (46) of Count I, and paragraphs forty-seven (47) through forty-eight (48) of Count II, paragraphs forty-nine (49) through fifty (50) of Count III, paragraphs fifty-one (51) through fifty-two (52) of Count IV, paragraphs fifty-three (53) through fifty- four (54) of Count V, and paragraphs fifty-five (55) through fifty-six (56) of Count VI, paragraphs fifty-seven (57) through fifty-eight (58) of Count VII, and paragraphs fifty-nine (59) through sixty (60) of Count VIII, paragraphs sixty-one (61) through sixty-two (62) of Count IX, and paragraphs sixty-three (63) through sixty-four (64) of Count X, and paragraphs sixty-five (65) through sixty-six (66) of Count XI, paragraphs sixty-seven (67) through sixty-eight (68) of Count XII, and paragraphs sixty-nine (69) through seventy (70) of Count XIII, paragraphs seventy-one (71) through seventy-two (72) of Count XIV, as if fully set forth in their entirety, as if fully set forth in their entirety.

74.

This is a claim against the defendant, John F. Hayes, Individually and as President of MNOP Corporation, for its

negligence and breach of warranties which constitute violations of Chapter 93A.

### COUNT XVI-NEGLIGENCE
### FLAGSIHP WHARF CONDO ASSOCIATION

75.

Plaintiff restates, repeats, and incorporates by reference those allegations contained in paragraphs one (1) through forty-four (44), paragraphs forty-five (45) through forty-six (46) of Count I, and paragraphs forty-seven (47) through forty-eight (48) of Count II, paragraphs forty-nine (49) through fifty (50) of Count III, paragraphs fifty-one (51) through fifty-two (52) of Count IV, paragraphs fifty-three (53) through fifty- four (54) of Count V, and paragraphs fifty-five (55) through fifty-six (56) of Count VI, paragraphs fifty-seven (57) through fifty-eight (58) of Count VII, and paragraphs fifty-nine (59) through sixty (60) of Count VIII, paragraphs sixty-one (61) through sixty-two (62) of Count IX, paragraphs sixty-three (63) through sixty-four (64) of Count X, paragraphs sixty-five (65) through sixty-six (66) of Count XI, and paragraphs sixty-seven (67) through sixty-eight (68) of Count XII, and paragraphs sixty-nine (69) through seventy (70) of Count XIII, paragraphs seventy-one (71) through seventy-two (72) of Count XIV, and paragraphs seventy-three (73) through seventy-four (74) of Count XV, as if fully set forth in their entirety.

76.

This is a claim for negligence in the oversight and management of the Flagship Wharf Condominiums, which resulted in injuries to the plaintiff.

### COUNT XVII-BREACH OF WARRANTIES
### FLAGSHIP WHARF CONDO ASSOCIATION

77.

Plaintiff restates, repeats, and incorporates by reference those allegations contained in paragraphs one (1) through forty-four (44), paragraphs forty-five (45) through forty-six (46) of Count I, and paragraphs forty-seven (47) through forty-eight (48) of Count II, paragraphs forty-nine (49) through fifty (50) of Count III, paragraphs fifty-one (51) through fifty-two (52) of Count IV, paragraphs fifty-three (53) through fifty- four (54) of Count V, and paragraphs fifty-five (55) through fifty-six (56) of Count VI, paragraphs fifty-seven (57) through fifty-eight (58) of Count VII, and paragraphs fifty-nine (59) through sixty (60) of Count VIII, paragraphs sixty-one (61) through sixty-two (62) of Count IX, and paragraphs sixty-three (63) through sixty-four (64) of Count X, paragraphs sixty-five (65) through sixty-six (66) of Count XI, paragraphs sixty-seven (67) through sixty-eight (68) of Count XII, paragraphs sixty-nine (69) through seventy (70) of Count XIII, and paragraphs seventy-one (71) through seventy-two (72) of Count XIV, and paragraphs seventy-three (73) through seventy-four (74) of Count XV, and paragraphs seventy-five (75) through seventy-

six (76) of Count XVI, as if fully set forth in their entirety.

78.

This is a claim for breach of warranties, express and implied, against defendant, Flagship Wharf Condo Assocation, which resulted in injuries to the plaintiff.

**COUNT XVIII-FRAUD, MISREPRESENTATION AND CONCEALMENT CLAIM**
**FLAGSHIP WHARF CONDO ASSOCIATION**

79.

Plaintiff restates, repeats, and incorporates by reference those allegations contained in paragraphs one (1) through forty-four (44), paragraphs forty-five (45) through forty-six (46) of Count I, and paragraphs forty-seven (47) through forty-eight (48) of Count II, paragraphs forty-nine (49) through fifty (50) of Count III, paragraphs fifty-one (51) through fifty-two (52) of Count IV, paragraphs fifty-three (53) through fifty- four (54) of Count V, and paragraphs fifty-five (55) through fifty-six (56) of Count VI, paragraphs fifty-seven (57) through fifty-eight (58) of Count VII, and paragraphs fifty-nine (59) through sixty (60) of Count VIII, paragraphs sixty-one (61) through sixty-two (62) of Count IX, paragraphs sixty-three (63) through sixty-four (64) of Count X, paragraphs sixty-five (65) through sixty-six (66) of Count XI, paragraphs sixty-seven (67) through sixty-eight (68) of Count XII, paragraphs sixty-nine (69) through seventy (70) of Count XIII, paragraphs seventy-one (71) through seventy-two (72) of Count XIV, paragraphs

26

seventy-three (73) through seventy-four (74) of Count XV, paragraphs seventy-five (75) through seventy-six (76) of Count XVI, and paragraphs seventy-seven (77) through seventy-eight (78) of Count XVII, as if fully set forth in their entirety.

80.

This is a claim for fraud, misrepresentation and concealment of structural problems and water damage against defendant, Flagship Wharf Condo Association, which resulted in injuries to the plaintiff.

### COUNT XIX-CHAPTER 93A CLAIM
### FLAGSHIP WHARF CONDO ASSOCIATION

81.

Plaintiff restates, repeats, and incorporates by reference those allegations contained in paragraphs one (1) through forty-four (44), paragraphs forty-five (45) through forty-six (46) of Count I, and paragraphs forty-seven (47) through forty-eight (48) of Count II, paragraphs forty-nine (49) through fifty (50) of Count III, paragraphs fifty-one (51) through fifty-two (52) of Count IV, paragraphs fifty-three (53) through fifty- four (54) of Count V, and paragraphs fifty-five (55) through fifty-six (56) of Count VI, paragraphs fifty-seven (57) through fifty-eight (58) of Count VII, and paragraphs fifty-nine (59) through sixty (60) of Count VIII, paragraphs sixty-one (61) through sixty-two (62) of Count IX, and paragraphs sixty-three (63) through sixty-four (64) of Count X, and paragraphs sixty-five (65) through sixty-six (66) of Count XI, paragraphs sixty-seven

27

(67) through sixty-eight (68) of Count XII, and paragraphs sixty-nine (69) through seventy (70) of Count XIII, paragraphs seventy-one (71) through seventy-two (72) of Count XIV, paragraphs seventy-three (73) through seventy-four (74) of Count XV, paragraphs seventy-five (75) through seventy-six (76) of Count XVI, and paragraphs seventy-seven (77) through seventy-eight (78) of Count XVII, as if fully set forth in their entirety.

82.

This is a claim against the defendant, Flagship Wharf Condo Association for its negligence and breach of warranties, express and/or implied, which constitute violations of Chapter 93A.

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY ON ALL COUNTS**

Respectfully submitted,
Maureen Sullivan-Stemberg
By her attorney,

LAW OFFICES OF JEFFREY S. GLASSMAN, L.L.P.

_____
NEIL S. COHEN, BBO NO. 561173
IAN S. CHERUBINO, BBO NO. 636852
Eleven Beacon Street
Suite 525
Boston, MA 02108
(617) 367-2900

Dated: 2/10/04