UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAUREEN SULLIVAN-STEMBERG,<br><br>    Plaintiff,<br><br>v.<br><br>TURNER CONSTRUCTION COMPANY, et al.<br><br>    Defendants. | C.A. No. 04-10298-WGY |

### STIPULATION TO EXTEND TIME

Plaintiff Maureen Sullivan-Stemberg and defendant Flagship Wharf Condominium Association ("Flagship") stipulate that the time in which Flagship may answer or otherwise respond to plaintiff's Complaint is extended to and including May 7, 2004.

| MAUREEN SULLIVAN-STEMBERG, | FLAGSHIP WHARF CONDOMINIUM ASSOCIATION, |
|---|---|
| By her attorneys, | By its attorneys, |
| /s/ Neil S. Cohen / nsc | /s/ Nelson G. Apjohn |
| Neil S. Cohen (BBO# 561173)<br>Ian S. Cherubino (BBO# 636852)<br>Law Offices of Jeffrey S. Glassman, LLP<br>Eleven Beacon Street, Suite 525<br>Boston, MA 02108<br>(617) 367-2900 | Nelson G. Apjohn (BBO# 020373)<br>Scott E. Erlich (BBO# 637202)<br>Nutter, McClennen & Fish, LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604<br>(617) 439-2000 |
| Dated: 4/6/04 | So ordered:<br><br>_____, J.<br><br>Dated: |

- 2 -

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was served upon the attorney of record for each party by mail on April 6, 2004.

_____
Scott E. Erlich

1315746.1

# ◨ Nutter

**Scott E. Erlich**
Direct Line: 617-439-2965
Fax: 617-310-9965
E-mail: SErlich@nutter.com

April 6, 2004
102780-8

Clerk's Office
United States District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:   Maureen Sullivan-Stemberg v. Turner Construction Company, et al.,
            U.S.D.C., Civil Action No. 04-10298-WGY

Dear Sir/Madam:

Enclosed for filing in the above matter is a Stipulation to Extend Time. I respectfully request that the Stipulation be submitted to the Court for approval.

Thank you for your assistance.

Very truly yours,

Scott E. Erlich

SEE/rb
Enclosure

cc:    Neil S. Cohen, Esquire (w/ enc.)