AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ FILED
Massachusetts

Maureen Sullivan-Stemberg

V.

Turner Construction Company and
Nishimatsu Construction Co., LTD. and
Raymond Development, Inc. and
MNOP Corporation and
John F. Hayes, individually, and
as President of MNOP Corporation and
Flagship Wharf Condo Association

SUMMONS IN A CIVIL CASE

04  10298 WGY

CASE NUMBER:

TO: (Name and address of Defendant)

John F. Hayes, individually and as President of
MNOP Corporation
16 Lane Drive
Norwood, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Neil S. Cohen, Esq.
Law Offices of Jeffrey S. Glassman, LLP
One Beacon Street, Suite 3333
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

FEB 12 2004

DATE