UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAUREEN SULLIVAN-STEMBERG | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TURNER CONSTRUCTION COMPANY, | )    Civil Action No. |
| NISHIMATSU CONSTRUCTION CO., LTD., | )    04-10298 WGY |
| RAYMOND DEVELOPMENT, INC., | ) |
| MNOP CORPORATION, | ) |
| JOHN F. HAYES, INDIVIDUALLY AND AS | ) |
| PRESIDENT OF MNOP CORPORATION, AND | ) |
| FLAGSHIP WHARF CONDO ASSOCIATION | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Paul O. Mulroney of Pepe & Hazard LLP on

behalf of Defendant, Turner Construction Company.

TURNER CONSTRUCTION COMPANY,

By its attorney,

Paul O. Mulroney (BBO No. 564785)
Pepe & Hazard LLP
225 Franklin Street
Boston, MA 02110
(617) 748-5500

Dated: April 14, 2004

POM/20965/14/555797v1
04/14/04-BOS/



FILED
IN CLERK'S OFFICE

2004 APR 15 P 3: 25

## CERTIFICATE OF SERVICE

I, Paul O. Mulroney, hereby certify on this 14th day of April, 2004, I have caused to be served by first-class mail, postage prepaid, this Notice of Appearance upon counsel of record.

Neil S. Cohen, Esq.
Ian S. Cherubino, Esq.
Law Offices of Jeffrey S. Glassman, LLP
One Beacon Street, Suite 3333
Boston, MA 02108

_____
Paul O. Mulroney