AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Maureen Sullivan-Stemberg

V.

Turner Construction Company and
Nishimatsu Construction Co., LTD. and
Raymond Development, Inc. and
MNOP Corporation and
John F. Hayes, individually, and
as President of MNOP Corporation and
Flagship Wharf Condo Association

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10298 WGY

TO: (Name and address of Defendant)

Robert E. Fee, President
Turner Construction Company
375 Hudson Street
New York, NY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Neil S. Cohen, Esq.
Law Offices of Jeffrey S. Glassman, LLP
One Beacon Street, Suite 3333
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  FEB 12 2004

US District COURT STATE OF Massachusetts COUNTY OF

Maureen Sullivan-Sternberg

VS

Turner Construction Company

SHERIFF'S OFFICE
AFFIDAVIT OF SERVICE

FILED
CLERKS OFFICE

Docket # 04 10298 WGY

2004 APR 15 P 3: 27

Sheriff's Case No. 04-674

DISTRICT COURT
DISTRICT OF MASS.

STATE OF NEW YORK  }
COUNTY OF NEW YORK } SS:

Steven Burdman, being duly sworn, affirms that he is a Deputy Sheriff of the City of New York, being over the age of eighteen years, is not a party to this action or proceeding, and served the annexed Summons in a Civil Case + Complaint in the above titled action or proceeding on the 6th day of April 2004, at approximately 220 A.M. P.M. at 375 Hudson St , in the borough of Manhattan, County of New York. Service was made upon Turner Construction Company the Defendant , in the following manner:

**PERSONAL SERVICE** [ ] By delivering to and leaving with _____, a true copy thereof, said person being known as the person mentioned and described herein. personally

**ALTERNATE PERSON (RESIDENCE)** [ ] By delivering to and leaving with _____ of suitable age and discretion, who is _____, a person a true copy thereof. Said address is the dwelling place of _____ to the the _____.

**ALTERNATE SERVICE (EMPLOYMENT)** [ ] By delivering to and leaving with _____ a person at the _____ place of employment: _____ (title)
_____ (name and address of employer)

**MAILED** [ ] By mailing a true copy thereof in a plain white envelope marked "PERSONAL & CONFIDENTIAL" to the _____ last known address listed above./as: _____

**CORPORATION** [X] By delivering to and leaving with, Rafael A Tolentino , a true copy thereof. Said person stated he/she was VP , an agent authorized to accept service of legal process.

**STATUTORY FEE** [ ] At the time of service, a statutory fee of $ _____ was left with the person mentioned and described herein.

**DESCRIPTION** [X] The person served was a [X] M ( ) F and approximately: AGE: 49 , HT 5'8" WT 190 , SKIN White , HAIR Brown .

NOTARY
Sworn to (affirmed) before me this 8th day of April 2004

_Jefferson Rodriguez_
JEFFERSON RODRIGUEZ
Notary Public, State of New York
No. 01RO5069236
Qualified in Queens County
Commission Expires Nov. 25, 2006

_Steven Burdman_
DEPUTY SHERIFF Shield# 334
Steven Burdman