UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAUREEN SULLIVAN-STEMBERG<br><br>Plaintiff,<br><br>v.<br><br>TURNER CONSTRUCTION COMPANY,<br>NISHIMATSU CONSTRUCTION CO., LTD.,<br>RAYMOND DEVELOPMENT, INC.,<br>MNOP CORPORATION,<br>JOHN F. HAYES, INDIVIDUALLY AND AS<br>PRESIDENT OF MNOP CORPORATION, AND<br>FLAGSHIP WHARF CONDO ASSOCIATION<br><br>Defendants. | Civil Action No.<br>04-10298 WGY |

### AFFIDAVIT OF DAVID E. ROSENGREN

I, David E. Rosengren, state the following on the basis of my personal knowledge:

1. I am a partner at the law firm of Pepe & Hazard LLP, which has offices located at 225 Asylum Street, Hartford, Connecticut; 225 Franklin Street, Boston, Massachusetts; and 30 Jeliff Lane, Southport, Connecticut.

2. I am a member in good standing of the Bars of the State of Connecticut and Massachusetts, the United States Claims Court, the United States District Court for the District of Connecticut and the Second Circuit Court of Appeals.

3. I am not under any order of suspension, disbarment or any other discipline by any court and there are no disciplinary proceedings pending against me.

DER/20965/14/673926v1
04/13/04-HRT/

4.     I am familiar with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 13th day of April, 2004.

_____
David E. Rosengren

Subscribed and sworn to before me this 13th day of April, 2004.

_____
Karen N. Clemens
Notary Public
My Commission Expires: 10-31-06

DER/20965/14/673926v1
04/12/04-HRT/