UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAUREEN SULLIVAN-STEMBERG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-10298-WGY |
| v. ) | |
| ) | |
| TURNER CONSTRUCTION COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

FILED
IN CLERK'S OFFICE
2004 APR 30  A 11: 55
U.S. DISTRICT COURT
DISTRICT OF MASS.

### STIPULATION TO EXTEND TIME

Plaintiff Maureen Sullivan-Stemberg and defendant Flagship Wharf Condominium Association ("Flagship") stipulate that the time in which Flagship may answer or otherwise respond to plaintiff's Complaint is extended to and including May 31, 2004. Plaintiff and Flagship have entered into this stipulation based on the understanding that counsel for plaintiff intends to attempt bring this case in Superior Court before May 31, 2004.

MAUREEN SULLIVAN-STEMBERG,

By her attorneys,

_/s/ Neil Cohen / AE_
Neil S. Cohen (BBO# 561173)
Ian S. Cherubino (BBO# 636852)
Law Offices of Jeffrey S. Glassman, LLP
Eleven Beacon Street, Suite 525
Boston, MA  02108
(617) 367-2900

Dated:  April 29, 2004

FLAGSHIP WHARF CONDOMINIUM ASSOCIATION,

By its attorneys,

_/s/ Scott Erlich_
Nelson G. Apjohn (BBO# 020373)
Scott E. Erlich (BBO# 637202)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2000

So ordered:

_____, J.

Dated:

- 2 -

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was served upon the attorney of record for each party by mail on April 29, 2004.

                                                  *[signature]*
                                                  Scott E. Erlich

1322846.1