UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAUREEN SULLIVAN-STEMBERG<br><br>Plaintiff,<br><br>v.<br><br>TURNER CONSTRUCTION COMPANY,<br>NISHIMATSU CONSTRUCTION CO., LTD.,<br>RAYMOND DEVELOPMENT, INC.,<br>MNOP CORPORATION,<br>JOHN F. HAYES, INDIVIDUALLY AND AS<br>PRESIDENT OF MNOP CORPORATION, AND<br>FLAGSHIP WHARF CONDO ASSOCIATION<br><br>Defendants. | Civil Action No.<br>04-10298 WGY |

### ASSENTED TO MOTION TO EXTEND DEADLINE OF TURNER CONSTRUCTION COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT

The Defendant, Turner Construction Company ("Turner"), hereby requests that this Court extends the deadline for Turner to respond to plaintiff Maureen Sullivan-Stemberg's Complaint up to and including May 28, 2004. Turner needs the additional time to consult with counsel regarding the allegations set forth in the Complaint. Turner was served with the Complaint on April 6, 2004, but the Complaint was not forwarded to counsel until April 13, 2004. The plaintiff has assented to this motion.

WHEREFORE, Turner Construction Company respectfully requests that this Court extends the filing deadline for responding to Maureen Sullivan-Stemberg's Complaint from April 26, 2004 to May 28, 2004.

        TURNER CONSTRUCTION COMPANY
By its attorneys

_____
David E. Rosengren (BBO #652935)
Paul O. Mulroney (BBO # 564785)
Pepe & Hazard LLP
225 Franklin Street, 16th Floor
Boston, MA 02110
(617) 748-5500

Dated: May 4, 2004

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by first class mail, postage prepaid, on counsel of record for all other parties on May 4, 2004.

Neil S. Cohen, Esq.
Ian S. Cherubino, Esq.
Law Offices of Jeffrey S. Glassman, LLP
One Beacon Street, Suite 3333
Boston, MA 02108

Nelson G. Apjohn, Esq.
Scott E. Erlich, Esq.
Nutter, McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

David E. Rosengren

3

POM/20965/14/556498v1
05/04/04-BOS/