UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAUREEN SULLIVAN-STEMBERG,    )
                              )
         Plaintiff,           )  Civil Action No.:
v.                            )      04 10298
                              )
TURNER CONSTRUCTION COMPANY and )
NISHIMATSU CONSTRUCTION CO., LTD. and )
RAYMOND DEVELOPMENT, INC. and )
MNOP CORPORATION and          )
JOHN F. HAYES, Individually, and )
as President of MNOP CORPORATION and )
FLAGSHIP WHARF CONDO ASSOCIATION, )
                              )
         Defendants.          )

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Now comes Maureen Sullivan-Stemberg, plaintiff in the above-captioned matter, and pursuant to the provisions of Federal Rules of Civil Procedure Rule 41(a)(1)(i) hereby voluntarily dismisses with prejudice and without costs the following:

1. Counts VII, VIII and IX against Raymond Development;

2. Counts X, XI and XII (erroneously labeled as "Count VI" in Complaint) against MNOP Corporation;

3. Counts XIII, XIV and XV against John F. Hayes, Individually and as President of MNOP Corporation;

4. Counts XVI, XVII, XVIII and XIX against Flagship Wharf Condo Association.

This ___10___ day of ___May___, 2004.

2

Maureen Sullivan-Stemberg
by her attorney,

*/s/ Neil S. Cohen*
Neil S. Cohen, Esq.
BBO #561173
One Beacon Street, Suite 3333
Boston, MA 02108
(617) 367-2900

2

**CERTIFICATE of SERVICE**

I, Neil S. Cohen, counsel for the Plaintiff, Maureen Sullivan-Stemberg, do hereby certify that I served the foregoing Notice of Voluntary Dismissal via first-class U.S. mail, postage pre-paid to:

Neil St. John Raymond,
President
Raymond Development, Inc.
306 Dartmouth Street
Boston, MA

Nelson G. Apjohn, Esq.
Nutter, McClennan & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

Counsel for Flagship Wharf
Condo Association

John F. Hayes, Individually
and as President of MNOP
Corporation
16 Lane Drive
Norwood, MA 02062

David E. Rosengren, Esq.
Paul A. Mulroney, Esq.
Pepe & Hazard, LLP
225 Franklin Street, 16th Floor
Boston, MA 02110

Counsel for Turner
Construction Company

5/10/04
Date

Neil S. Cohen, Esquire
BBO# 561173
Law Offices of Jeffrey S. Glassman, LLP
One Beacon Street, Suite 3333
Boston, MA 02108
(617) 367 - 2900

3