# LAW OFFICES OF
# JEFFREY S. GLASSMAN, L.L.P.

ONE BEACON STREET, SUITE 3333  
BOSTON, MASSACHUSETTS 02108  
(617) 367-2900    FAX: (617) 722-9999

Jeffrey S. Glassman  
Neil S. Cohen*

Ian S. Cherubino**

\* Also Admitted in Georgia  
\** Also Admitted in Pennsylvania

May 11, 2004

United States District Court  
for The District of Massachusetts  
John Joseph Moakley U.S. Courthouse  
ATTN: Civil Department  
1 Courthouse Way  
Boston, MA 02210

RE:   **MAUREEN SULLIVAN-STEMBERG v. TURNER CONSTRUCTION COMPANY, et al.**  
        **U.S.D.C. Civil Action No.: 04 10298 WGY**

Dear Sir/Madam:

With reference to the above-captioned case, enclosed please find original Proof of Service of Summons for Defendant, Nishimatsu Construction Co., Ltd.

Please docket and file in your usual manner. Thank you for your attention to this matter.

Very truly yours,

*[signature]*

Neil S. Cohen

NSC/crz  
Enclosure

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> NEIL S. COHEN, ESQ., <br> JEFFREY S. GLASSMAN, L.L.P. <br> ONE BEACON ST, STE 3333 <br> BOSTON, MA 02108-0000 <br> TELEPHONE NO.: (617) 367-2900    FAX NO: (617) 722-9999 <br> E-MAIL ADDRESS: <br> ATTORNEY FOR (Name): PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> STREET ADDRESS: Distrct of Massachusetts <br> MAILING ADDRESS: SAME AS ABOVE <br> CITY AND ZIP CODE: , MA <br> BRANCH NAME: Distrct of Massachusetts | |
| PLAINTIFF/PETITIONER: SULLIVAN-STEMBERG | CASE NUMBER: <br> 04 10298 WGY |
| DEFENDANT/RESPONDENT: TURNER CONSTRUCTION COMPANY | Ref. No. or File No: |
| PROOF OF SERVICE OF SUMMONS | |

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:   Summons in a Civil Case & Complaint

3. a. Party served:   NISHIMATSU CONSTRUCTION CO., LTD.
   b. Person served:   KAZUHIKO TAKAHARA - REGISTERED AGENT

4. Address where the party was served:   18912 KINGSBURY ST
   NORTHRIDGE, CA   91326-0000   (HOME)

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1) on (date): May 4, 2004   (2) at (time): 08:50 pm.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of: NISHIMATSU CONSTRUCTION CO., LTD.
      under the following Code of Civil Procedure section:   CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name: ROBERT DIMATTIA   -   ATTORNEY RELATED SERVICES, INC.
   b. Address: 13440 VENTURA BLVD STE 102, SHERMAN OAKS, CA 91423-6150
   c. Telephone number: (818) 995-9771
   d. **The fee** for service was: $ 49.00
   e. I am:   (3) registered California process server:
      (i) Employee or independant contractor.
      (ii) Registration No.: 2532
      (iii) County: LOS ANGELES

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 5, 2004

ROBERT DIMATTIA                                          *Robert DiMattia* (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS)

| Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 <br> [Rev. January 1, 2004] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, 417.10 <br> 43770/APROOF11 |