UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAUREEN SULLIVAN-STEMBERG, )<br>          Plaintiff, )<br>v. )<br>)<br>TURNER CONSTRUCTION COMPANY and )<br>NISHIMATSU CONSTRUCTION CO., LTD. )<br>)<br>          Defendants. ) | Civil Action No.:<br>04-10298-WGY |

**PLAINTIFF'S OPPOSITION TO DEFENDANT,
TURNER CONSTRUCTION COMPANY'S
MOTION TO DISMISS**

NOW COMES the Plaintiff, Maureen Sullivan-Stemberg, Plaintiff in the above-captioned civil action, and pursuant to Fed. R. Civ. P. Rule 12(b)(6), hereby files her Opposition to Defendant, Turner Construction Company's Motion to Dismiss and attaches her Memorandum in Support filed herewith and incorporated herein by reference.

WHEREFORE, Plaintiff, Maureen Sullivan-Stemberg respectfully requests that Defendant's Motion to Dismiss Counts II and III be denied.

        Respectfully submitted,
        Maureen Sullivan-Stemberg,
        By her attorneys,

        LAW OFFICES OF JEFFREY S. GLASSMAN, L.L.P.

        /s/ Neil S. Cohen
        Neil S. Cohen, Esquire, BBO# 561173
        One Beacon Street, Suite 3333
        Boston, MA  02108
        (617) 367-2900

**CERTIFICATE OF SERVICE**

I, Neil S. Cohen, Esquire, counsel for the Plaintiff, do hereby certify that I served the defendants, via facsimile and regular U.S. first-class mail, postage pre-paid, the foregoing **PLAINTIFF'S OPPOSITION TO DEFENDANT, TURNER CONSTRUCTION COMPANY'S, MOTION TO DISMISS**, along with her **MEMORANDUM** in support of same, on:

Paul O. Mulroney, Esquire
Pepe & Hazard, LLP
225 Franlkin Street, 16th Floor
Boston, MA 02110-2804

Counsel for Defendant, Turner Construction Company, and:

Michael G. West, Esquire
492 Beacon Street
Boston, MA 02115

Counsel for Defendant, Nishimatsu Construction Company, LTD.

_____
Neil S. Cohen, Esquire
BBO# 561173
Law Offices of Jeffrey S. Glassman, LLP
One Beacon Street, Suite 3333
Boston, MA 02108
(617) 367-2900

Dated: 7/14/04