IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEW ENGLAND REINSURANCE CORPORATION, ) ) ) Petitioner, ) vs. ) ) WESTCHESTER FIRE INSURANCE COMPANY, ) (as SUCCESSOR to INTERNATIONAL INSURANCE ) COMPANY) (ACE USA CO.) ) ) Respondent. ) ) | C.A. No. 04-11398 WGY |

## **DECLARATION OF JOHN E. MATOSKY IN PROOF OF SERVICE**

I, John E. Matosky, declare under penalty of perjury as follows:

1. I am an attorney with the firm Prince, Lobel, Glovsky & Tye LLP, counsel for the petitioner, New England Reinsurance Corporation ("NERCO") in this matter.

2. On or about June 22, 2004, I caused a summons and a copy of NERCO's Petition to Confirm Arbitration Award to be served on the respondent, Westchester Fire Insurance Company (as Successor to International Insurance Company) (ACE USA Co.) ("ACE"), by delivering a copy, along with the applicable fee, by certified mail to the Massachusetts Commissioner of Insurance, in accordance with Mass. Gen. L. c. 175, §§ 151(3) and 154. A true and accurate copy of the June 22, 2004 letter is attached hereto as Exhibit 1.

3. On or about June 29, 2004, I received confirmation from the Commissioner of Insurance that it had received service on behalf of ACE and had caused a copy of NERCO's Petition to Confirm Arbitration Award to be delivered to ACE at its principal place of business in the

1

manner prescribed by Mass. Gen. L. c. 175, § 154.  The original return of service from the Commissioner of Insurance is attached hereto as Exhibit 2.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.  EXECUTED THIS 13th DAY OF JULY 2004.

_____
John E. Matosky

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on _____.

2