# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-10298-WGY</u>

SULLIVAN-STEMBERG
Plaintiff

v.

TURNER CONSTRUCTION
Defendant

<u>ORDER OF DISMISSAL</u>

<u>YOUNG,C.J.</u>

After a hearing held on   JULY 15,2004   ,this Court Orders that Defendant's Motion to Dismiss is Allowed and the above entitled action be and hereby is Dismissed

Tony Anastas
Clerk

By: /s/ Elizabeth Smith

Deputy Clerk

July 15, 2004

Notice mailed to counsel of record.