UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAUREEN SULLIVAN-STEMBERG )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TURNER CONSTRUCTION COMPANY, )<br>NISHIMATSU CONSTRUCTION CO., LTD., )<br>RAYMOND DEVELOPMENT, INC., )<br>MNOP CORPORATION, )<br>JOHN F. HAYES, INDIVIDUALLY AND AS )<br>PRESIDENT OF MNOP CORPORATION, AND )<br>FLAGSHIP WHARF CONDO ASSOCIATION )<br>)<br>Defendants. )<br>) | Civil Action No.<br>04-10298 WGY |

### NOTICE OF APPEARANCE

Please enter the appearance of Daniel J. Klau of Pepe & Hazard LLP on behalf of Defendant, Turner Construction Company.

TURNER CONSTRUCTION COMPANY,

By its attorney

*/s/ Daniel J. Klau*
Daniel J. Klau (BBO No. 558414)
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-5175

Dated: July 15, 2004

## CERTIFICATE OF SERVICE

I, Daniel J. Klau, hereby certify on this 15th day of July, 2004, I have caused to be served by hand this Notice of Appearance upon counsel of record.

Neil S. Cohen, Esq.
Ian S. Cherubino, Esq.
Law Offices of Jeffrey S. Glassman, LLP
One Beacon Street, Suite 3333
Boston, MA 02108

Daniel J. Klau