```
                                                                    1




 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            No. 04-10298-WGY

 4
     * * * * * * * * * * * * * * * * **
 5                                     *
     MAUREEN SULLIVAN-STEMBERG,         *
 6                                     *
             Plaintiff,                 *
 7                                     *
     v.                                 *   MOTION HEARING
 8                                     *
     TURNER CONSTRUCTION COMPANY and    *
 9   NISHIMATSU CONSTRUCTION CO., LTD., *
                                       *
10           Defendants.                *
                                       *
11   * * * * * * * * * * * * * * * * **

12

13            BEFORE:  The Honorable William G. Young,
                              District Judge
14

15

16
     APPEARANCES:
17

18         LAW OFFICE OF JEFFREY S. GLASSMAN, LLP (By Neil S.
     Cohen, Esq.) 1 Beacon Street, Suite 3333, Boston,
19   Massachusetts 02108, on behalf of the Plaintiff

20
           PEPE & HAZARD, LLP (By Daniel J. Klau, Esq.), 25
21   Asylum Street, Hartford, Connecticut 06103, on behalf
     of Turner Construction Company, Inc.
22

23
                                        1 Courthouse Way
24                                      Boston, Massachusetts

25                                      July 15, 2004
```