UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAUREEN SULLIVAN-STEMBERG<br><br>Plaintiff,<br><br>v.<br><br>TURNER CONSTRUCTION COMPANY,<br>NISHIMATSU CONSTRUCTION CO., LTD.,<br>RAYMOND DEVELOPMENT, INC.,<br>MNOP CORPORATION,<br>JOHN F. HAYES, INDIVIDUALLY AND AS<br>PRESIDENT OF MNOP CORPORATION, AND<br>FLAGSHIP WHARF CONDO ASSOCIATION<br><br>Defendants. | Civil Action No.<br>04-10298 WGY |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Paul O. Mulroney as counsel on behalf of Turner Construction Company.

*[signature]*

Paul O. Mulroney (BBO # 564785)
Pepe & Hazard LLP
225 Franklin Street
Boston, MA 02110
(617) 748-5500

Dated: August 25, 2004

POM/20965/14/560511v1
08/24/04-BOS/

## CERTIFICATE OF SERVICE

I, Paul O. Mulroney, hereby certify on this 25th day of August, 2004, I have caused to be served by first-class mail, postage prepaid, this Notice of Withdrawal of Counsel upon counsel of record.

Neil S. Cohen, Esq.
Ian S. Cherubino, Esq.
Law Offices of Jeffrey S. Glassman, LLP
One Beacon Street, Suite 3333
Boston, MA 02108

Paul O. Mulroney