```
 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
                                           Civil Action
 3                                         No. 04-10298-WGY

 4


 5   * * * * * * * * * * * * * * * * *
                                     *
 6   MAUREEN SULLIVAN-STEMBERG,      *
                                     *
 7             Plaintiff,            *
                                     *
 8   v.                              *    MOTION HEARING
                                     *
 9   TURNER CONSTRUCTION COMPANY,    *
     et al.,                         *
10                                   *
               Defendants.           *
11                                   *
     * * * * * * * * * * * * * * * *

12

13             BEFORE:  The Honorable William G. Young,
                              District Judge
14


15
     APPEARANCES:
16

17           LAW OFFICE OF JEFFREY S. GLASSMAN, LLP
        (By Neil S. Cohen, Esq.), One Beacon Street, Suite
18      3333, Boston, Massachusetts 02108, on behalf of
        the Plaintiff

19

20           NUTTER, McCLENNEN & FISH, LLP (By Scott E.
        Erlich, Esq.), World Trade Center West, 155
21      Seaport Boulevard, Boston, Massachusetts
        02210-2604, on behalf of Flagship Wharf
22      Condominium Association

23
                                    Boston University Law School
24                                  Boston, Massachusetts

25                                  February 14, 2006
```